JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| COREY JOHNSON, | ) | No. CV 13-7708-PA (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| AMY MILLER, Warden, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: August 10, 2015

**JS-6**

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE